# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LINDA VESSEL

VERSUS

EAST BATON ROUGE PARISH
SCHOOL BOARD

NO.  2020 CW 0657

**SEPTEMBER 28, 2020**

---

In Re:    East Baton Rouge Parish School Board, applying for supervisory writs, Office of Workers' Compensation, District 05, No. 1907001.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT NOT CONSIDERED.** The Uniform Rules of Louisiana Courts of Appeal, Rule 4-3, states that a court may grant an extension of a return date upon the filing of a motion "filed within the original or extended return date period." The trial court ordered an original return date of July 10, 2020, but a motion for an extension was not filed by defendant, East Baton Rouge Parish School Board, until July 15, 2020. Therefore, this writ application is untimely.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT